UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ELAINA THOMAS,

    Plaintiff,                                      Case No. 15-cv-11165
                                                              Hon. Matthew F. Leitman

v.

STATE OF MICHIGAN, *et al.*,

    Defendants.

_____/

## ORDER DISMISSING PLAINTIFF'S COMPLAINT (ECF #1) AND DENYING PLAINTIFF'S APPLICATIONS TO PROCEED *IN FORMA PAUPERIS* (ECF #2) AND FOR APPOINTMENT OF COUNSEL (ECF #3) AS MOOT

In this action, Plaintiff Elaina Thomas, proceeding *pro se*, alleges that the Michigan Department of Human Services "is illegally removing innocent children prior to going to court, using pre-stamp[ed] court order[s]." (*See* the "Complaint," ECF #1 at 1.) Plaintiff has filed numerous lawsuits in this District, all of which have been dismissed as frivolous and/or for lack of subject matter jurisdiction. *See, e.g.*, *Thomas v. Havenwyck Hosp.*, No. 12-14693, 2012 WL 5438951 (E.D. Mich. Nov. 7, 2012); *Thomas v. Kingswood Hosp.*, No. 12-14695, 2012 WL 5447971 (E.D. Mich. Nov. 7, 2012); *Thomas v. Bibbs*, No. 12-14545, Dkt. #3 (E.D. Mich. Nov. 7, 2012); *Thomas v. Reeder*, No. 12-14744, Dkt. #3 (E.D. Mich. Nov. 6, 2012); *Thomas v. Plymouth Educ. Ctr.*, No. 12-14689, Dkt. #3 (E.D. Mich. Oct. 29, 2012). *See also Thomas v. Dept. of Human Svcs.*, No. 14-50840, Dkt. #2 (E.D. Mich. June 27, 2014) (noting that all of Plaintiff's prior complaints in this Court have been dismissed).

Like her prior complaints, this action appears to be frivolous. Nonetheless, the Court declines to address the merits of Plaintiff's claim because Plaintiff is enjoined from filing any pleadings in this Court without first obtaining leave. *See Thomas v. Bailey*, No. 12-14558, Dkt. #9 (E.D. Mich. Nov. 7, 2012) (Friedman, J.) ("Elaina Thomas is enjoined from filing any further correspondence or pleadings … without first obtaining permission from this Court and providing proof of permission to the Clerk of the Court."). Plaintiff did not obtain the Court's permission to file her Complaint. Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's Complaint (ECF #1) is **DISMISSED. IT IS FURTHER ORDERED THAT** Plaintiff's Application to Proceed *In Forma Pauperis* (ECF #2) Application for Appointment of Counsel (ECF #3) are **DENIED AS MOOT**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: May 1, 2015

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 1, 2015, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(313) 234-5113